# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

SAMUEL BARROW,

|  |  |  |  |
|---|---|---|---|
| | Plaintiff, | : | Case No. 3:15-cv-341 |
| | | | |
| | | | District Judge Walter Herbert Rice |
| -  vs  - | | | Magistrate Judge Michael R. Merz |

LIVING WORD CHURCH, et al.,

|  |  |  |
|---|---|---|
| | Defendants. | : |

---

# ORDER TO THE CLERK TO UNSEAL

---

On April 25, 2016, the Court denied Defendant Living Word – Dayton's Motion to Seal the case and ordered that all documents previously sealed in the case (except ECF Nos. 6 and 7) would be unsealed on May 13, 2016, in the absence of a motion to seal particular documents. No such motion was filed except Living Word's Motion to Seal the Amended Complaint, the Proposed Second Amended Complaint, and any Second Amended Complaint actually filed (ECF No. 62).

Accordingly, all documents previously filed under seal in this case shall be unsealed forthwith, with the exception of ECF Nos. 2, 6, 7, 26, and 63.)

May 20, 2016.

s/ *Michael R. Merz*
United States Magistrate Judge