# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

SAMUEL BARROW,                                     :     Case No. 3:15-cv-341

           Plaintiff,

                                                              District Judge Walter Herbert Rice

-vs-                                                                        Magistrate Judge Michael R. Merz

LIVING WORD CHURCH, et al.,

           Defendants.                  :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

      The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 58), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

      Accordingly, it is hereby ORDERED that the motion of Defendants Cashland Financial Services, Inc.; Cash America International, Inc.; and Jack Daugherty to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim against them on which relief can be granted (ECF No. 27) is DENIED.

May 26, 2016.

                                                                        Walter Herbert Rice
                                                                        United States District Judge