# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

SAMUEL BARROW,

            Plaintiff,     :     Case No. 3:15-cv-341

                                                District Judge Walter Herbert Rice
- vs -                            Magistrate Judge Michael R. Merz

LIVING WORD CHURCH, et al.,

           Defendants.     :

## ORDER STRIKING MOTION TO DISMISS

This case is before the Court on Defendant Antoinette Nartker's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) filed August 4, 2016 (ECF No. 88).

In the Preliminary Pretrial Conference Order in this case, Judge Rice set a deadline for motions to dismiss of July 1, 2016 (ECF No. 50, ¶ 5, PageID 378).  Because the instant Motion was filed more than a month after that deadline, it is hereby STRICKEN.

August 4, 2016.

                                                                  s/ *Michael R. Merz*
                                                               United States Magistrate Judge