IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SAMUEL BARROW,

    Plaintiff,

vs.

THE LIVING WORD CHURCH, *et al.*,

    Defendants.

*Nunc Pro Tunc* April 6, 2017

Case No. 3:15cv341

JUDGE WALTER H. RICE

---

DECISION AND ENTRY SUSTAINING UNOPPOSED JOINT MOTION OF DEFENDANTS CASHLAND FINANCIAL SERVICES, INC., CASH AMERICA INTERNATIONAL, INC., JACK DAUGHTERTY, AND ABF FREIGHT SYSTEM, INC., FOR JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)

---

On February 14, 2017, this Court entered its Amended Decision and Entry (Doc. #115) dismissing Plaintiff's Second Amended Complaint as follows:

(1)     WITH PREJUDICE as against Defendant Jack Daugherty holding that "[j]udgment shall ultimately enter in favor of Daugherty and against Plaintiff"; and

(2)     WITHOUT PREJUDICE as against Defendants Cashland, Cash America, and ABF Freight System, Inc., holding that if Plaintiff Barrow failed to file his Third Amended Complaint within thirty days of the date of Entry, then the Court would dismiss the claims asserted against Defendants Cashland, Cash America, and ABF WITH PREJUDICE and enter judgment in their favor and against Plaintiff Barrow on those claims.

Plaintiff having subsequently advised this Court that it does not intend to pursue any further claims against the moving Defendants, leaving only Plaintiff's state law claims over which Plaintiff urges the Court to continue supplemental jurisdiction,[1] this Court, seeing no just reason for delay, pursuant to Fed. R. Civ. P. 54(b), enters final judgment in favor of the moving Defendants Cashland, Cash America, and ABF and against Plaintiff herein.

May 4, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record

---

[1] On April 28, 2017, this Court declined to exercise supplemental jurisdiction over Plaintiff's state law claims and dismissed same, without prejudice to being refiled in a state court of competent jurisdiction.