# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Samuel Barrow ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:15-cv-341 |
| The Living Word Church et al., ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Court enters final judgment in favor of the moving Defendants Cashland, Cash America, and ABF and against Plaintiff herein.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for Joint Motion

Date: 5/4/2017

CLERK OF COURT

Sophia R. Bryan
*Signature of Clerk or Deputy Clerk*